Claudia Center, SB #158255
ccenter@dredf.org
Sydney Pickern, SB #303908
spickern@dredf.org
Malhar Shah, SB #318588
mshah@dredf.org
Disability Rights Education and Defense Fund
3075 Adeline St. #210
Berkeley, CA 94703
Telephone: (510) 644-2555
Fax: (510) 841-8645

Jinny Kim, SB#208953
jkim@legalaidatwork.org
Rachael Langston, SB#257950
rlangston@legalaidatwork.org
Legal Aid at Work
180 Montgomery St., Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Fax: (415) 593-0096

*Attorneys for Plaintiffs*
*Kara Gordon, Isabel Callejo-Brighton*
*and John Doe*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA GORDON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE BAR OF CALIFORNIA and NATIONAL CONFERENCE OF BOARD EXAMINERS, <br><br> Defendants. | Case No.: 3:20-cv-06442 <br><br> **[PROPOSED] ORDER FOR PLAINTIFF JOHN DOE TO PROCEED PSEUDONYMOUSLY** |

1  Having considered Plaintiffs' Motion for Administrative Leave for Plaintiff John Doe to
2  Proceed Pseudonymously, it is hereby ordered that Plaintiffs' Motion is GRANTED.
3  IT IS ORDERED that Plaintiff John Doe will proceed pseudonymously. All captions
4  and papers in this matter shall reflect these designations.

6  DATED: September 21, 2020

_____
United States District Court Judge