# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Kara Gordon, Isabel Callejo-Brighton and John Doe )<br>*Plaintiff* )<br>v. )<br>State Bar of California, et al. )<br>*Defendant* ) | Case No. 20-cv-06442-LB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kara Gordon, Isabel Callejo-Brighton and John Doe.

Date: 09/21/2020

*Attorney's signature*

Nora Cassidy  321519
*Printed name and bar number*

Legal Aid at Work
180 Montgomery St.
Suite 600
San Francisco, CA 94104
*Address*

ncassidy@legalaidatwork.org
*E-mail address*

(415) 864-8848
*Telephone number*

(415) 593-0096
*FAX number*