

EXHIBIT B

Claudia Center, SB # 158255
ccenter@dredf.org
Sydney Pickern, SB # 303908
spickern@dredf.org
Malhar Shah, SB # 318588
mshah@dredf.org
Disability Rights Education and Defense Fund
3075 Adeline St. # 210
Berkeley, CA 94703
Telephone: (510) 644-2555
Fax: (510) 841-8645

Jinny Kim, SB# 208953
jkim@legalaidatwork.org
Rachael Langston, SB# 257950
rlangston@legalaidatwork.org
Legal Aid at Work
180 Montgomery St., Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Fax: (415) 593-0096

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA GORDON, *et al.*, | ) Case No.: 3:20-cv-06442-LB |
| | ) |
| Plaintiffs, | ) **DECLARATION OF JINNY KIM IN** |
| | ) **SUPPORT OF PLAINTIFFS'** |
| vs. | ) **ADMINISTRATIVE MOTION TO FILE** |
| | ) **SURREPLY** |
| STATE BAR OF CALIFORNIA, *et al.* | ) |
| | ) Local Rule 7-1 |
| Defendants | ) |
| | ) |
| | ) |
| | ) |

I, Jinny Kim, declare:

1. I have personal knowledge of the matters set forth herein, except as to those matters which are alleged on information and belief; and as to those matters I believe them to be true. I could and would competently testify to all such matters, if called upon to do so.

2. I am a Senior Staff Attorney at Legal Aid at Work. Along with my co-counsel, listed above, I am counsel for Plaintiffs in this matter and am admitted to the practice of law in the courts of the State of California and in this Court.

3. I am filing the instant declaration in compliance with Local Rule 7-11, supporting Plaintiffs' Administrative Motion for Leave to File Surreply.

4. On September 27, 2020, I emailed James Chang, counsel for Defendants State Bar of California and Donna Hershkowitz, informing him that Plaintiffs intended to file an administrative motion to file a surreply which would respond to the new facts asserted in the declaration of Amy Nunez as well as to address a point raised by Dr. Klausner's declaration.

5. On September 28, 2020, Mr. Chang informed me that Defendants State Bar of California and Donna Hershkowitz oppose the filing of Plaintiffs' administrative motion.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 28, 2020, in San Francisco, California.


By:     /s/Jinny Kim
        Jinny Kim