|  | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 2 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KARA GORDON; et al.,

        Plaintiffs-Appellants,

 v.

STATE BAR OF CALIFORNIA; et al.,

        Defendants-Appellees.

No.   20-16899

D.C. No. 3:20-cv-06442-LB
Northern District of California,
San Francisco

ORDER

Before:    W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

Appellants' opposed emergency motion for an injunction pending appeal (Docket Entry No. 2) is denied. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

The opening brief and excerpts of record are due November 2, 2020; the answering briefs and any supplemental excerpts of record are due November 30, 2020; the optional reply brief is due within 21 days of service of the answering briefs.