UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

OCT 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KARA GORDON; et al.,

          Plaintiffs-Appellants,

 v.

STATE BAR OF CALIFORNIA; et al.,

          Defendants-Appellees.

No.    20-16899

D.C. No. 3:20-cv-06442-LB
Northern District of California,
San Francisco

ORDER

The parties' stipulated motion (Docket Entry No. 11) for voluntary dismissal

is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as and for the mandate of this

court.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT


          By: Linda K. King
          Deputy Clerk
          Ninth Circuit Rule 27-7

LK/Pro Mo